NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE McGEE,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4167
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

PER CURIAM.

            Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.